UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00412-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  HILARIO QUINTERO-RODRIGUEZ,
    a/k/a "The Big Guy,", a/k/a "Santa Claus,"
2.  ABEL LAST NAME UNKNOWN (LNU),
3.  **OCTAVIO QUEZADA-PEREZ,**
    **a/k/a "Tavi,"**
4.  FLODINA BELETSO GALLEGOS,
5.  GUADALUPE RUIZ-GUARDADO,
    a/k/a "Lupe,"
6.  JULIO MARES-RUIZ,
    a/k/a "Mariano,"
7.  LUIS JORGE MARTINEZ-VALDIVA, and
8.  ROBERT MASON BYAS,
    a/k/a "Robin,"

        Defendants.

---

### ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#178)** on February 16, 2012, by Defendant Octavio Quezada-Perez. The Court construes this

Notice as a motion to change his plea and to have the Court consider the terms of the parties'

plea agreement.

**IT IS THEREFORE ORDERED** that:

1.      Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

        pending determination of those matters.

2.      A Change of Plea hearing is set for **April 6, 2012,** at **9:00 a.m.** and a Sentencing

hearing is set for **August 6, 2012**, at **11:00 a.m.** in the United States District

Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S.

Courthouse, 901 19th Street, Denver, Colorado.[1]

3.      The suppression hearing set for March 2, 2012, the final trial preparation

conference set for May 24, 2012, and the May 29, 2012, trial date are

**VACATED**.

DATED this 22nd day of February, 2012.

BY THE COURT:

Marcia S. Krieger
United States District Judge

---

[1]   In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel
shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the
sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See
Administrative Order 2007-8.*