IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: June 18, 2012
Court Reporter: Paul Zuckerman
Probation Officer: Susan Heckman

Criminal Action No. 11-cr-00412-MSK

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,           James Boma

    Plaintiff,

v.

ROBERT MASON BYAS,                       Robert Berger

    Defendant.

---

## SENTENCING MINUTES
---

**9:07 a.m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on March 26, 2012. Defendant pled guilty to 1, 11 and 12 of the Superseding Indictment.**

The Government orally moves to dismiss all counts of the underlying Indictment against this defendant. Defendant has no objection.

**ORDER:**   The Government's oral motion to dismiss the underlying Indictment against this defendant is **GRANTED.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #290)**.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Decrease for Acceptance of Responsibility **(Doc. #244)** is **GRANTED.**

**ORDER:** The Government's Motion for Downward Departure **(Doc. #290)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:32 a.m.** **Court in recess.**

Total Time: 25 minutes.
Hearing concluded.