IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: August 13, 2012 |
| Court Reporter: | Tamara Hoffschildt | |
| Probation Officer: | Erika Hitta (by video) | |
| | Veronica Ramirez | |

Criminal Action No. 11cr-00412-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,          James Boma

    Plaintiff,

v.

FLODINA BELETSO GALLEGOS,          Michael Goldman

    Defendant.

---

### SENTENCING MINUTES
---

**11:05 a.m.**   **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on May 17, 2012. Defendant pled guilty to Count 1 of the Superseding Indictment.**

The Government orally moves to dismiss Count 1 of the original Indictment against this defendant. Defendant has no objection.

**ORDER:**   The Government's oral motion to dismiss Count 1 of the original indictment against this defendant is **GRANTED.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #332).** Argument.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:   The defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:** The Government's Motion for Decrease for Acceptance of Responsibility **(Doc. #333)** is **GRANTED.**

**ORDER:** The Government's Motion for Downward Departure **(Doc. #332)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:26 a.m.** **Court in recess.**

Total Time:   21 minutes.
Hearing concluded.