**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover          Date:  October 9, 2012
Court Reporter:   Terri Lindblom
Probation Officer: Gary Burney
Interpreter:      Tatiana Contreras

Criminal Action No. 11-cr-00412-MSK

*Parties*:                                      *Counsel*:

UNITED STATES OF AMERICA,                       James Boma

    Plaintiff,

v.

LUIS JORGE MARTINEZ-VALDIVIA,                   John Baxter

    Defendant.

---

**SENTENCING MINUTES**
---

**3:36 p.m.     Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on May 24, 2012.  Defendant pled guilty to Counts 1, 3, 4 and 7 of the Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #372, 380, 390)** Argument.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. -   None.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:** The Government's Motion for Downward Departure (**Doc. #372**) is **DENIED** as moot.
The Government's Amended Motion for Downward Departure **(Doc. #390)** is **DENIED.**  The departure request is based on Doc. #380 pursuant to the Government's request.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:14 p.m.** **Court in recess.**

Total Time: 38 minutes.
Hearing concluded.