UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00412-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. HILARIO QUINTERO-RODRIGUEZ,
   a/k/a "The Big Guy,", a/k/a "Santa Claus,"
2. ABEL SANCHEZ-LEON,
   a/k/a Joel Lopez,
   A/k/a Raul Marez-Ortiez,
3. OCTAVIO QUEZADA-PEREZ,
   a/k/a "Tavi,"
4. FLODINA BELETSO GALLEGOS,
5. **GUADALUPE RUIZ-GUARDADO,**
   **a/k/a "Lupe,"**
6. JULIO MARES-RUIZ,
   a/k/a "Mariano,"
7. LUIS JORGE MARTINEZ-VALDIVA, and
8. ROBERT MASON BYAS,
   a/k/a "Robin,"

       Defendants.

---

## ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#424)** on November 15, 2012, by Defendant Guadalupe Ruiz-Guardado. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

pending determination of those matters.

2. A Change of Plea hearing is set for **February 13, 2012,** at **1:30 p.m.** and a Sentencing hearing is set for **May 20, 2013**, at **1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3. The final trial preparation conference set for November 30, 2012, and the December 10, 2012, trial date are **VACATED** as to Defendant Ruiz-Guardado.

Dated this 26th day of November, 2012.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*