IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Criminal Action No. 11-cr-00412-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABEL SANCHEZ-LEON,

    Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's "Unopposed Motion to Reconsider Appointment of Counsel from the CJA Panel" (doc. #491) is GRANTED. CJA counsel Mr. David L. Owen, Jr. shall be appointed to represent Defendant Sanchez-Leon.

**DATED:** March 19, 2013