## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: September 11, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Katrina Devine (a.m.) | |
| | Michelle Means (p.m.) | |
| Interpreter: | Susanna Cahill | |

Criminal Action No. 11-cr-00412-MSK

*Parties*:                                                          *Counsel*:

UNITED STATES OF AMERICA,                    James Boma

       Plaintiff,

v.

ABEL SANCHEZ-LEON,                                    David Owen

       Defendant.

_____

## SENTENCING MINUTES
_____

**10:11 a.m.**     **Court in session**.

Continued from July 30, 2013

Defendant present in custody.

Interpreter sworn.

The Government orally moves to dismiss the Counts in the original Indictment as to this defendant. Defendant has no objection.

**ORDER:**     The Government's oral motion to dismiss the Counts in the original Indictment as to this defendant is **GRANTED**.

**Change of Plea Hearing on May 6, 2013. Defendant pled guilty to Counts 1-6; 13-14 of the Superseding Indictment .**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  Further argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

**ORDER:**   The Sentencing hearing will be continued until 2:00 p.m. today for the reasons stated on the record.

**11:46 a.m.**   **Court in recess.**
**2:07 p.m.**   **Court in session.**

Oral findings are made of record.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  Further argument.

**ORDER:**   The Government's Motion for Non-Guideline Sentence (**Doc. #625**) is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:54 p.m.**   **Court in recess.**

Total Time:   2 hours 20 minutes
Hearing concluded.